[No. 1887]

## AMANDA ESDEN, APPELLANT, *v.* JAMES MAY, JOHN NOLAN, AND THE GOLDEN HOTEL COMPANY, (A CORPORATION), RESPONDENTS.

[See page 611, *ante*]

### ON PETITION FOR A REHEARING

Rehearing granted.

———

[No. 2076]

## GERTRUDE ELEANOR TIEDEMANN, APPELLANT, *v.* RUDOLPH ERNEST TIEDEMANN, RESPONDENT.

[See page 494, *ante*]

Rehearing denied.

TALBOT, C. J., and NORCROSS, J., concur in the order.
MCCARRAN, J., dissenting.

———

[No. 1909]

## STATE OF NEVADA, RESPONDENT, *v.* BERNARD CLARK, APPELLANT.

[See page 472, *ante*]

[NOTE—Petition for a rehearing pending.]

———

[No. 1942]

## ROUND MOUNTAIN MINING COMPANY (A CORPORATION), APPELLANT, *v.* ROUND MOUNTAIN SPHINX MINING COMPANY (A CORPORATION), RESPONDENT.

[See page 543, *ante*]

### ORDER

Upon application of counsel for respondent and without any determination by the court as to whether there is any right to a further rehearing, and subject to all legal objections, the respondent is allowed fifteen days from and after this date in which to file and serve a petition for rehearing.

[NOTE—In pursuance of the foregoing order, respondent filed a petition for rehearing February 16, 1914.]